**MEMO ENDORSED**

# ARNOLD & PORTER LLP

Peter Obstler
Peter.Obstler@aporter.com

+1 415.471.3363
+1 415.471.3400 Fax

10th Floor
Three Embarcadero Center
San Francisco, CA 94111-4024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 0 1 2013

June 28, 2013

**VIA EMAIL (NathanNYSDChambers@nysd.uscourts.gov)**

Honorable Alison J. Nathan
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Isom, et al. v. JPMorgan Chase Bank, et al.* Case No. 1:12-cv-5431 (AJN)

Dear Honorable Alison J. Nathan:

On June 4, 2013, the parties to this action submitted a Stipulated Request for a Case Management Conference ("CMC") and to Amend Scheduling Order. Pursuant to the Court's Individual Practices in Civil Cases, the parties proposed three dates for the CMC, June 17, July 1, and July 2. On June 11, 2013, the Court entered an order setting the case management conference on July 9, 2013. (Dkt. No. 35.) The local rules require that the attorney who will serve as the principal trial counsel attend the conference.

Principal counsel for Defendants JPMorgan Chase Bank, N.A. and Chase Bank USA, N.A. (collectively, "Chase"), Mr. Peter Obstler, is unable to attend the case management conference as currently scheduled due to a deposition, which he has not been able to reschedule despite best efforts. The parties met and conferred, and request that the Court: (1) reschedule the CMC for any of the following dates - July 22, 23, or 29; or (2) allow Chase's principal counsel to attend telephonically.

Respectfully Submitted,

Peter Obstler / JYY

SO ORDERED: 7/1/13

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

A/75629123.1

Pursuant to Defendants' request, the conference in this matter is adjourned and rescheduled for July 29, 2013, at 2:00 PM. SO ORDERED.